PEOPLE v. COYLE. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Proceeding by the People of the State of New York against Matthew Coyle. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. CULMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Elsie Culman. No opinion. Motion to dismiss appeal granted.

PEOPLE v. DEBIASE. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Proceeding by the People of the State of New York against Raphael Debiase. With this case have been consolidated in this court cases bearing titles as follows: People v. Alice Johnson; People v. Bella La Friel; People v. George Malone; People v. Robert Ormsby. No opinion. Motions to dismiss granted. Orders filed. See, also, 138 N. Y. Supp. 879.

PEOPLE, Respondent, v. DERESI, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Gaetano Deresi. No opinion. Motion denied, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. DI BARRI, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Proceeding by the People of the State of New York against Angelo Di Barri. No opinion. Motion to dismiss appeal granted.

PEOPLE v. ENOCH. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Proceeding by the People of the State of New York against Max Enoch. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. EVANS, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against John Evans. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. FORTUNA et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Proceeding by the People of the State of New York against Peter Fortuna, and others. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

PEOPLE v. FRIEDMAN. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Proceeding by the People of the State of New York against Philip Friedman. No opinion. Motion granted. Order filed. See, also, 138 App. Div. 29, 122 N. Y. Supp. 500.

PEOPLE v. HOFFMAN et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Proceeding by the People of the State of New York against Louis Hoffman and another. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. HOROWITZ. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Proceeding by the People of the State of New York against Charles S. Horowitz. No opinion. Motion and time extended to March 14, 1913. Settle order on notice.

PEOPLE, Respondent, v. HUMPHERY, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Robert Humphery, alias George Gorman. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. JUELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Christian S. Juell. No opinion. Motion denied.

PEOPLE, Respondent, v. KIRK, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Proceeding by the People of the State of New York against John Kirk. (Case No. 1.) No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. KIRK, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Proceeding by the People of the State of New York against John Kirk. (Case No. 2.) No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. KOHN, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Max Kohn. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Appeal from Court of Special Sessions of City of New York. Harry A. Levy was convicted of crime, and he appeals. Affirmed. Benjamin N. Cardozo, of